| AO-10<br>· Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Paine, James C | 2. Court or Organization<br><br>U.S. District Court-SODISTFL | 3. Date of Report<br><br>7/20/2005 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Senior Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>701 Clematis Street-Room 453<br><br>West Palm Beach, FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jul 27 9 07 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BANK ACCOUNTS | | | | | | | | | |
| 2.   Wachovia Bank | | | | | | | | | |
| 3.   West Palm Beach, Florida | A | Interest | K | T | | | | | |
| 4.   Fidelity Fed. Bk & Tr. | | | | | | | | | |
| 5.   West Palm Beach, Florida | A | Interest | J | T | | | | | |
| 6.   COMMON STOCK | | | | | | | | | |
| 7.   Loch Laurel Club | | None | J | W | | | | | |
| 8.   Amgen | | None | J | T | | | | | |
| 9.   J.P. Morgan, Chase | A | Dividend | J | T | | | | | |
| 10.   REAL ESTATE | | | | | | | | | |
| 11.   Lake Toxaway, N.C. house | | None | M | W | | | | | |
| 12.   Commercial Property WPB | E | Rent | M | W | | | | | |
| 13.   COMMON STOCK | | | | | | | | | |
| 14.   Am. Int. Group | A | Dividend | K | T | | | | | |
| 15.   Pfizer | A | Dividend | J | T | | | | | |
| 16.   Microsoft | A | Dividend | J | T | | | | | |
| 17.   Cubic | A | Dividend | J | T | | | | | |
| 18.   Newmont | A | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paine, James C | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NOTE RECEIVABLE | | | | | | | | | |
| 20. Sailfish Club | A | Interest | J | U | | | | | |
| 21. TEN STAR COMMON STOCK | | | | | | | | | |
| 22. A.I.G. | A | Dividend | J | T | | | | | |
| 23. Cisco | A | Dividend | | | Sell | 2/17 | J | C | |
| 24. Dell | A | Dividend | J | T | | | | | |
| 25. Gen. Elec. | A | Dividend | J | T | | | | | |
| 26. Home Depot | A | Dividend | J | T | | | | | |
| 27. J & J | A | Dividend | J | T | | | | | |
| 28. Lowe's | A | Dividend | J | T | | | | | |
| 29. Microsoft | A | Dividend | K | T | | | | | |
| 30. Oracle | A | Dividend | J | T | | | | | |
| 31. Walgreen | A | Dividend | J | T | | | | | |
| 32. Wash Mutual | A | Dividend | | | Sell | 8/5 | J | C | |
| 33. Duke | A | Dividend | J | T | | | | | |
| 34. Int. Rect. | A | Dividend | J | T | | | | | |
| 35. Suncor | A | Dividend | J | T | | | | | |
| 36. BISYS | A | None | J | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
(See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000.
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
(See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000    P4 =$More than $50,000,000.
3. Value Method Codes:    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paine, James C | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Cubic | A | None | | | Sell | 6/15 | J | | |
| 38. Intel | A | Dividend | J | T | | | | | |
| 39. Anheuser Busch | A | Dividend | J | T | | | | | |
| 40. Tomoka | A | Dividend | J | T | | | | | |
| 41. Hartford | A | Dividend | J | T | | | | | |
| 42. First Data | A | None | J | T | | | | | |
| 43. Newmont | A | Dividend | J | T | | | | | |
| 44. NVE Corp. | A | | | | Sell | 1/22 | J | | |
| 45. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 46. Smucker | A | Dividend | J | T | | | | | |
| 47. Tractor Supply | A | | | | Sell | 1/20 | J | B | |
| 48. This space is blank | | | | | | | | | |
| 49. Mine Safety | A | Dividend | J | T | Buy | 9/21 | J | | |
| 50. Nokia | A | Dividend | J | T | Buy | 8/17 | J | | |
| 51. Rinker | A | Dividend | J | T | Buy | 1/20 | J | | |
| 52. Stryker | A | Dividend | J | T | Buy | 3/16 | J | | |
| 53. Sysco | A | Dividend | J | T | Buy | 12/21 | J | | |
| 54. Teva | A | Dividend | J | T | Buy | 2/17 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paine, James C | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. XTO | A | Dividend | J | T | Buy | 4/20 | J | | |
| 56. GOOD TIMES COMMON STOCK | | | | | | | | | |
| 57. Berkshire B | A | Dividend | J | T | | | | | |
| 58. Cisco | A | Dividend | J | T | | | | | |
| 59. Costco | A | Dividend | J | T | | | | | |
| 60. Corning | A | Dividend | J | T | | | | | |
| 61. Dell | A | Dividend | J | T | | | | | |
| 62. Gen. Elec. | A | Dividend | J | T | | | | | |
| 63. Home Depot | A | Dividend | J | T | | | | | |
| 64. Intel | A | Dividend | J | T | | | | | |
| 65. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 66. Medtronic | A | Dividend | J | T | | | | | |
| 67. Microsoft | A | Dividend | J | T | | | | | |
| 68. Nokia | A | Dividend | J | T | | | | | |
| 69. Paychex | A | Dividend | J | T | | | | | |
| 70. Pfizer | A | Dividend | | | Sell | 11/23 | J | | |
| 71. World Com | A | None | | | Deleted | 5/26 | | | See note in Part VIII |
| 72. IBM | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated.

| Name of Person Reporting | Date of Report |
|---|---|
| Paine, James C | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Amgen | A | None | J | T | | | | | |
| 74. ConocoPhillips | A | Dividend | J | T | | | | | |
| 75. EMC | A | Dividend | J | T | | | | | |
| 76. Lockheed | A | Dividend | J | T | | | | | |
| 77. United Tech | A | Dividend | J | T | | | | | |
| 78. World Com | D | None | | | Deleted | 6/14 | | | See note in Part VIII |
| 79. Bk. America | A | Dividend | J | T | | | | | |
| 80. Halliburton | A | Dividend | | | Sell | 6/13 | J | | |
| 81. Sysco | A | Dividend | J | T | | | | | |
| 82. Saint-Joe Co. | A | Dividend | J | T | | | | | |
| 83. Pepsi | A | Dividend | J | T | | | | | |
| 84. Duke | A | Dividend | J | T | Buy | 1/9 | J | | |
| 85. Southwestern Energy | A | Dividend | J | T | Buy | 11/12 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Line 71 - This stock was deleted as worthless.

Line 78 - This stock was deleted as worthless.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____7/20/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544